**No. 57083.**—Elsa Reich *v.* United States, protest 187939–K (New York).

Opinion by LAWRENCE, J. From the record presented it appeared that both parties to this action desired a dismissal of the case. There being nothing of record to indicate error in the action of the collector, and in view of the joint request of the parties hereto, the protest was dismissed.

FEBRUARY 16, 1953

**No. 57084.**—Joseph Ullmann Brokerage Corp. *v.* United States, protest 153397–K. C. D. 1478. Plaintiff's application for rehearing denied.

FEBRUARY 18, 1953

**No. 57085.**—SUIT 4692.—York Feather & Down Corp. *v.* United States.— C. D. 1329 affirmed November 4, 1952. C. A. D. 496.

**No. 57086.**—SUIT 4752.—United States *v.* Eastern Distilled Spirits Co. C. D. 1433. (Appeal dismissed December 8, 1952.)

FEBRUARY 19, 1953

**No. 57087.**—SUIT 4686.—Brooks Paper Company *v.* United States.— —Reap. Dec. 7975 affirmed June 30, 1952. C. A. D. 495.

**No. 57088.**—SUIT 4707.—Universal Transcontinental Corp. *v.* United States.— Abstract 55816 affirmed November 4, 1952. C. A. D. 497.

BEFORE THE FIRST DIVISION, FEBRUARY 26, 1953

**No. 57089.**—Paramount Import Co., Inc. *v.* United States, protest 195162–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of pear-shaped glass articles similar in all material respects to those the subject of *Brier Manufacturing Co.* v. *United States* (39 C. C. P. A. 68, C. A. D. 465), the claim of the plaintiff was sustained.